UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22905-CIV-LENARD/WHITE

**THOMAS B. STRINGER**,

    Plaintiff,
vs.

**GATO B. JACKSON, et al.,**

    Defendants.
_____/

### ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 5) AND DISMISSING COMPLAINT (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 5), issued on October 23, 2009, recommending that Plaintiff's Complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii), for failure to state a claim upon which relief can be granted. On November 2, 2009, Plaintiff filed his Objections to the Magistrate Judge's Report ("Objections," D.E. 8). After an independent review of the Report, the Objections, the Complaint, and the record, the Court finds as follows.

Plaintiff's Complaint ("Complaint," D.E. 1), filed on September 28, 2009, alleges a violation of his civil rights pursuant to 42 U.S.C. § 1983. Specifically, Plaintiff alleges that correctional officials deprived him of $47.71 from his inmate account by deducting the amount in response to a commissary order but not providing him with the items he ordered. As the Report notes, Plaintiff's allegations arise under state law and "unless the deprivation of property has occurred as the result of an established unlawful state procedure, the

existence of the state remedy precludes the availability of § 1983 relief for negligent or intentional deprivation of personal property." (Report at 4-5.) Plaintiff's Objections urge the Court to allow Plaintiff to amend his Complaint but do not provide any detail as to how an amended complaint might allege a federal cause of action. Rather, Plaintiff now states that his due process rights have been violated as he has been transferred to another "'much harsher condition' jail," in retaliation. (Objections at 2.) The Court finds that Plaintiff's Objections are without merit and amendment would be futile. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 5), issued on October 23, 2009, is **ADOPTED**;

2. Plaintiff's Complaint (D.E. 1), filed on September 28, 2009, is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii), for failure to state a claim upon which relief can be granted;

3. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 5th day of November, 2009.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**