UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22905-CIV-LENARD/WHITE

**THOMAS B. STRINGER**,

    Plaintiff,

v.

**GATO B. JACKSON, et al.**,

    Defendants.

_____/

## ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 32)

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 32), issued on November 24, 2010, recommending that Plaintiff's claims against Defendant Miami-Dade Corrections and Rehabilitation Department be dismissed and Plaintiff's remaining claims against Defendants Jackson and Harris be allowed to proceed. The Report makes these recommendations after conducting an initial screening of Plaintiff's Amended Complaint (D.E. 31) pursuant to 28 U.S.C. § 1915. Therein, the Parties were provided fourteen (14) days to file objections to the Report. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). On December 16, 2010, Plaintiff filed his *pro se* untimely objections to the Report ("Objections," D.E. 38). The Objections do not really take issue

with the Report's findings. Rather, Plaintiff takes issue with the Magistrate Judge's conclusion that Plaintiff's "amended complaint (DE#31) is the operative complaint." (See Report at 6.) Plaintiff appears to be seeking clarification that his amended complaint actually incorporates his prior complaint. Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 32), issued on November 24, 2010, is **ADOPTED**;

2. Pursuant to initial screening of Plaintiff's Amended Complaint (D.E. 31), the Court **DISMISSES** Plaintiff's claims against Defendant Miami-Dade Corrections and Rehabilitation Department and Plaintiff's remaining claims against Defendants Jackson and Harris shall be allowed to proceed;

3. As Plaintiff's Amended Complaint (D.E. 31) is now the operative complaint in this matter, to the extent Plaintiff wishes to clarify or further amend his pleading he must seek leave from the Court.

**DONE AND ORDERED** in Chambers at Miami, Florida this 21st day of December, 2010.

                                                                              /s/ Joan A. Lenard
                                                                              **JOAN A. LENARD**
                                                                              **UNITED STATES DISTRICT JUDGE**